**Vir Valvo Industria Ing. Rizzo S.P.A., Defendant.**

No. 2012–1256.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2013.

**MERCK SHARP & DOHME CORP., MSD International GMBH, Plaintiffs–Appellees,**

v.

**MYLAN PHARMACEUTICALS INC., Defendant–Appellant.**

No. 2012–1434.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2013.

88

David T. Pritikin, Sidley Austin, LLP, of Chicago, IL, argued for plaintiffs-appellees. With him on the brief were William H. Baumgartner, Jr. and Constantine L. Trela, Jr.; and Peter S. Choi, of Washington, DC; and Todd L. Krause, of New York, NY. Of counsel on the brief were Paul D. Matukaitis, Edward W. Murray and Lisa A. Jakob, Merck & Co., Inc., of Rahway, NJ. Of counsel was Donald A. Robinson, Robinson, Wettre & Miller LLC, of Newark, NJ.

Thomas J. Parker, Alston & Bird, LLP, of New York, NY, argued for defendant-appellant. Of counsel were Blas P. Arroyo and Jitendra Malik, of Charlotte, NC; and Deepro Mukerjee, of New York, NY.

DYK, MAYER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**